UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA                :
                                        :
    -v-                                 :   11 Cr. 300 (JSR)
                                        :
CARL KRUGER,                            :   <u>NOTICE OF MOTION</u>
                                        :
               Defendant.          :
------------------------------------------------------------X

## DEFENDANT CARL KRUGER'S NOTICE OF MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**PLEASE TAKE NOTICE** that, upon the affirmation of Benjamin Brafman, Defendant Carl Kruger moves for early termination of supervised release.

Dated:  New York, New York
          October 23, 2019

                                              Respectfully submitted,

                                              **BRAFMAN & ASSOCIATES, P.C.**

                                              _____

                       By:   Benjamin Brafman
                             Joshua D. Kirshner
                             767 3rd Avenue
                             26th Floor
                             New York, NY 10017
                             (212) 750 -7800
                             *Counsel to Carl Kruger*