

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 24, 2019

**By ECF**

Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Kruger*, **11 Cr. 300 (JSR)**

Dear Judge Rakoff:

      The Government writes respectfully in response to defendant Carl Kruger's motion for early termination of his term of supervised release. The Government has conferred with the assigned officer from the Probation Department, who has indicated that the defendant fits the Probation Department's criteria for early termination and that, accordingly, the Probation Department does not object to the defendant's request. Accordingly, the Government also does not object to the defendant's motion.

      Respectfully submitted,

      GEOFFREY S. BERMAN
      United States Attorney
      Southern District of New York

By:      /s/
      Thomas A. McKay
      Assistant United States Attorney
      Tel: (212) 637-2268

cc: Counsel of Record (via ECF)