UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/19
```

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>CARL KRUGER,<br><br>Defendant. | 11-cr-300 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

    Defendant Carl Kruger has moved for early termination of his supervised release, for reasons set forth in his Memorandum of Law, ECF No. 298. Neither the Government nor the Probation Office objects to defendant's motion. After careful review, the Court finds that early termination is warranted in this case. The motion for early termination is accordingly granted.

    SO ORDERED.

Dated:    New York, NY

           10/31/, 2019

                                          JED S. RAKOFF, U.S.D.J.

1